AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

MICHAEL CHAVEZ

*Plaintiff(s)*

v.

AMAZON.COM, a Delaware Corporation

*Defendant(s)*

Civil Action No. 2:21-cv-00007 BJR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amazon.com
c/o Registered Agent
Corporation Service Company
300 Deschutes Way SW, Suite 208
Tumwater, WA 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael G. Sanders
Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/05/2021

*Signature of Clerk or Deputy Clerk*