THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL CHAVEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, a Delaware Corporation,<br><br>　　　　　Defendant. | No. 2:21-cv-00007-BJR<br><br>NOTICE OF APPEARANCE |

TO:　　　　MICHAEL CHAVEZ, Plaintiff

AND TO:　　Attorneys for Plaintiff

　　　PLEASE TAKE NOTICE of the appearance in this litigation of AMAZON.COM by and through the undersigned counsel. Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

/ / /

/ / /

/ / /

NOTICE OF APPEARANCE
(No. 2:21-cv-00007-BLR) –1

151117304.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| 1 | |
| 2  DATED: January 26, 2021 | By: *s/ Kevin J. Hamilton* |
| 3 | Kevin J. Hamilton #15648 |
|   | Margo S. Jasukaitis #57045 |
| 4 | **Perkins Coie LLP** |
|   | 1201 Third Avenue, Suite 4900 |
| 5 | Seattle, WA  98101-3099 |
|   | Telephone: 206.359.8000 |
| 6 | Facsimile: 206.359.9000 |
|   | Email: KHamilton@perkinscoie.com |
|   | Email: MJasukaitis@perkinscoie.com |

Attorneys for Defendant Amazon.com

NOTICE OF APPEARANCE
(No. 2:21-cv-00007-BLR) –2

151117304.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on January 26, 2021, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

| Michael G. Sanders<br>michael@mixsanders.com<br>MIX SANDERS THOMPSON, PLLC<br>1420 5th Avenue, Ste. 2200<br>Seattle, WA  98101<br><br>Attorneys for Plaintiff | ____   Via Hand Delivery<br>____   Via U.S. Mail, First Class<br>____   Via Overnight Delivery<br>____   Via Facsimile<br>_X_   Via E-Service<br>_X_   Via E-Mail |
|---|---|

*/s/ Cindy Anderson*
Cindy Anderson
Legal Practice Assistant

CERTIFICATE OF SERVICE
(No. 2:21-cv-00007-BLR)

151117304.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000