# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, a Delaware Corporation,<br><br>    Defendant. | No. 2:21-cv-00007 BJR<br><br>**NOTICE OF APPEARANCE AND INTENT TO VIDEO RECORD DEPOSITIONS** |

PLEASE TAKE NOTICE that plaintiff in the above-entitled action, without waiving objections as to improper service or jurisdiction, enters an appearance herein, by and through the undersigned attorney of record, and requests that all further pleadings and papers, except original process, be served upon said attorney.

You are not authorized to serve pleadings and papers by use of facsimile unless specifically negotiated with an attorney in the firm. Where authorized, service by facsimile will only be accepted Monday through Friday, 8:30 a.m. through 5:00 p.m., Pacific Standard Time.

ADDITIONAL NOTICE IS GIVEN, pursuant to CR 30(b)(8), that plaintiff intends to video record all depositions in this case, whether scheduled at this time or scheduled hereafter. Depositions noted by plaintiff shall be video recorded in addition to stenographic recording by a Court Reporter.

NOTICE OF APPEARANCE AND INTENT TO VIDEO RECORD DEPOSITIONS – 1

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

1

2

3

4    Dated this 29th day of January, 2021

5                                    MIX SANDERS THOMPSON, PLLC

6
                                     *s/Brian (Heyun) Rho*
7                                    Brian (Heyun) Rho, WSBA No. 51209

8                                    MIX SANDERS THOMPSON, PLLC
                                     1420 5th Avenue, Ste 2200
9                                    Seattle, WA 98101
                                     Email: brian@mixsanders.com
10                                   Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

NOTICE OF APPEARANCE AND INTENT TO VIDEO
RECORD DEPOSITIONS – 2

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980

# CERTIFICATE OF SERVICE

I, Kelly Lee, certify that on January 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

*Attorneys for Defendant*
Kevin J. Hamilton
Margo S. Jasukaitis
Perkins Coie LLP
1201 Third Ave, Ste 4900
Seattle, WA 98101-3099
☐ Legal Messenger
☐ U.S. Mail
☐ E-mail per agreement
☒ CM/ECF electronic service
☐ E-mail to: KHamilton@perkinscoie.com
MJasukaitis@perkinscoie.com

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

_s/Kelly Lee_____
Mix Sanders Thompson, PLLC
1420 Fifth Avenue, 22nd Floor
Seattle, WA 98101
Tel:   206-521-5989
Fax:   888-521-5980

NOTICE OF APPEARANCE AND INTENT TO VIDEO RECORD DEPOSITIONS – 3

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980