THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL CHAVEZ,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware Corporation,<br><br>Defendant. | No. 2:21-cv-00007-BJR<br><br>AMAZON WEB SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and the Western District of Washington Local Rule 7.1, Defendant Amazon Web Services, Inc. states it is a wholly-owned subsidiary of parent company Amazon.com, Inc. Amazon.com, Inc. has no parent company and is publicly traded. No other publicly held company owns ten percent or more of Amazon.com, Inc.'s stock.

CORPORATE DISCLOSURE STATEMENT
(No. 2:21-cv-00007-BLR) –1

131691-1303.0031/151197038.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| DATED: February 12, 2021 | By: *s/ Kevin J. Hamilton*<br>Kevin J. Hamilton #15648<br>Margo S. Jasukaitis #57045<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Telephone:  206.359.8000<br>Facsimile:  206.359.9000<br>Email: KHamilton@perkinscoie.com<br>Email: MJasukaitis@perkinscoie.com<br><br>Attorneys for Defendant<br>Amazon Web Services, Inc. |

CORPORATE DISCLOSURE STATEMENT
(No. 2:21-cv-00007-BLR) –2

131691-1303.0031/151197038.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000