THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL CHAVEZ, an individual,

Plaintiff,

v.

AMAZON WEB SERVICES, INC., a
Delaware Corporation,

Defendant.

No. 2:21-cv-00007-BJR

NOTICE OF APPEARANCE

TO:          MICHAEL CHAVEZ, Plaintiff

AND TO:    Attorneys for Plaintiff

PLEASE TAKE NOTICE that Margo Jasukaitis of Perkins Coie LLP hereby appears on behalf of Defendant AMAZON WEB SERVICES, INC. in addition to the undersigned counsel. Copies of all further documents and pleadings with regard to this litigation, with the exception of original process, are to be served on Ms. Jasukaitis and the undersigned counsel.

/ / /

/ / /

NOTICE OF APPEARANCE
(No. 2:21-cv-00007-BLR) –1

151117304.1

1

2  DATED:  March 04, 2021

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

By:  *s/ Margo S. Jasukaitis*
Margo S. Jasukaitis #57045
Kevin J. Hamilton #15648
Heath L. Hyatt #54141
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email: MJasukaitis@perkinscoie.com
Email: KHamilton@perkinscoie.com
Email: HHyatt@perkinscoie.com

Attorneys for Defendant
Amazon.com

NOTICE OF APPEARANCE
(No. 2:21-cv-00007-BLR) –2

151117304.1

1

**CERTIFICATE OF SERVICE**

2          I certify under penalty of perjury that on March 04, 2021, I caused to be electronically

3   filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will

4   send a notification of the filing to the email addresses indicated on the Court's Electronic Mail

5   Notice List.

6

7

| | |
|---|---|
| Michael G. Sanders | _____ Via Hand Delivery |
| michael@mixsanders.com | _____ Via U.S. Mail, First Class |
| MIX SANDERS THOMPSON, PLLC | _____ Via Overnight Delivery |
| 1420 5th Avenue, Ste. 2200 | _____ Via Facsimile |
| Seattle, WA  98101 | _X_ Via E-Service |
| | _X_ Via E-Mail |
| Attorneys for Plaintiff | |

8

9

10

11

12

13          _/s/ Nanette Nielson_____
            Nanette Nielson
14          Legal Practice Assistant

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(No. 2:21-cv-00007-BLR)

151117304.1