THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL CHAVEZ, an individual,<br><br>          Plaintiff,<br><br>   v.<br><br>AMAZON WEB SERVICES, INC., a<br>Delaware Corporation,<br><br>          Defendant. | No. 2:21-cv-00007-BJR<br><br>NOTICE OF APPEARANCE |

TO:        MICHAEL CHAVEZ, Plaintiff

AND TO:    Attorneys for Plaintiff

     PLEASE TAKE NOTICE that Heath Hyatt of Perkins Coie LLP hereby appears on behalf of Defendant AMAZON WEB SERVICES, INC. in addition to the undersigned counsel. Copies of all further documents and pleadings with regard to this litigation, with the exception of original process, are to be served on Mr. Hyatt and the undersigned counsel.

/ / /

/ / /

NOTICE OF APPEARANCE
(No. 2:21-cv-00007-BLR) –1

151117304.1

1

2   DATED:  March 04, 2021                    By:  *s/ Heath L. Hyatt*
                                                   Heath L. Hyatt #54141
3                                                  Kevin J. Hamilton #15648
                                                   Margo S. Jasukaitis #57045
4                                             **Perkins Coie LLP**
                                                   1201 Third Avenue, Suite 4900
5                                                  Seattle, WA  98101-3099
                                                   Telephone:  206.359.8000
6                                                  Facsimile:  206.359.9000
                                                   Email: HHyatt@perkinscoie.com
7                                                  Email: KHamilton@perkinscoie.com
                                                   Email: MJasukaitis@perkinscoie.com
8
                                                   Attorneys for Defendant
9                                                  Amazon.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE
(No. 2:21-cv-00007-BLR) –2

151117304.1