The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL CHAVEZ,<br><br>               Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware Corporation,<br><br>               Defendant. | No. 2:21-cv-00007 BJR<br><br>**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)** |

Pursuant to Federal Rules of Civil Procedure 26(a)(1) and the Court's Order dated January 25, 2021, Plaintiff Michael Chavez ("Plaintiff"), by and through his undersigned counsel, hereby submits his initial disclosures as follows:

**A. Presently Known Individuals Likely to Have Discoverable Information**

The following individuals are believed to have information that Plaintiff may use to support his claims, although Plaintiff does not yet know the full extent of each person's knowledge.

    1. Michael Chavez
       c/o Mix Sanders Thompson, PLLC
       1420 Fifth Avenue, Suite 220
       Seattle, WA 98101

2. Samir Kopal
c/o Perkins Coie, LLC
1201 3rd Avenue, Suite 4900
Seattle, WA 98101
Mr. Kopal was a Software Development manager and a direct supervisor of Mr. Chavez. Mr. Kopal has information regarding the operation of Amazon, the job duties of Mr. Chavez and other information relevant to the claims and defenses asserted in this matter.

3. Jennifer Zumek
c/o Perkins Coie, LLC
1201 3rd Avenue, Suite 4900
Seattle, WA 98101
Ms. Zumek was a Senior HR Business Partner who communicated with both Mr. Chavez and Mr. Kopal regarding Mr. Chavez's request for accommodation. Ms. Zumek has information regarding the operation of Amazon and other information relevant to the claims and defenses asserted in this matter

4. Heidi Kucera Taylor
c/o Perkins Coie, LLC
1201 3rd Avenue, Suite 4900
Seattle, WA 98101
Ms. Taylor was a Senior Accommodation Consultant at Amazon who communicated with Mr. Chavez regarding Mr. Chavez's request for accommodation. Ms. Zumek has information regarding the operation of Amazon and other information relevant to the claims and defenses asserted in this matter

5. Christiana Manegold
 c/o Perkins Coie, LLC
1201 3rd Avenue, Suite 4900
Seattle, WA 98101
Ms. Manegold was a Senior HR Business Partner at Amazon. Ms. Manegold has information regarding the interactions between Mr. Chavez and Mr. Kopal, the operation of Amazon and other information relevant to the claims and defenses asserted in this matter

6. Maria Tellez
 c/o Perkins Coie, LLC
1201 3rd Avenue, Suite 4900
Seattle, WA 98101
Ms. Taylor was a Program Manager at Amazon. Ms. Tellez has information regarding the adequacy of Mr. Chavez's performance, the interactions between Mr. Chavez and Mr. Kopal, the operation of Amazon and other information relevant to the claims and defenses asserted in this matter

7. Yuri Ellis
Address Unknown

PLAINTIFF'S FRCP 26(a)(1) INITIAL DISCLOSURES – 2

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980

Ms. Ellis was a Business Operations Manager at Amazon. It is believed that she is no longer with Amazon at this time. Ms. Ellis has information regarding the operation of Amazon and other information relevant to the claims and defenses asserted in this matter

8. Philip Fitzsimons
   c/o Perkins Coie, LLC
   1201 3rd Avenue, Suite 4900
   Seattle, WA 98101

   Mr. Fitzsimons was a Senior Manager for AWS Well-Architect Team at Amazon. Mr. Fitzsimons has information regarding the operation of Amazon and other information relevant to the claims and defenses asserted in this matter.

9. As yet identified former and current employees of Amazon who may have information regarding the operation of Amazon and other information relevant to the claims and defenses asserted in this matter.

10. Dr. Mark Holmes and/or other similarly qualified provider
    Regional Epilepsy Center - Harborview
    West clinic, 325 9th Ave, 4th Floor
    Seattle, WA 98104

    Dr. Holmes has been Mr. Chavez's treating neurologist and may testify as to his knowledge of Plaintiff's medical and treatment history before, during and after his employment at Amazon, and may be asked to provide additional opinions relevant to the claims presented in this matter.

11. Laila May Chavez
    c/o Mix Sanders Thompson, PLLC
    1420 Fifth Avenue, Suite 220
    Seattle, WA 98101

    Ms. Chavez is the ex-wife of Plaintiff and may testify from personal knowledge as to all observations during the relevant time period.

12. Other associates, friends, and family of Plaintiff may be added to this list.

B. **Description of Documents that Plaintiff May Use to Support His Claims**

| No. | Document | Bates No. |
|---|---|---|
| 1. | Electronic communications between Mr. Kopal and Mr. Chavez | CHAVEZ00001-CHAVEZ00064 |

PLAINTIFF'S FRCP 26(a)(1) INITIAL DISCLOSURES – 3

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

Plaintiff reserves his right to designate additional documents identified by any party, produced by any party in discovery, or disclosed to or provided to experts identified by any party.

**C. Claim for Damages**

Plaintiff seeks an appropriate award of back pay and front pay, together with all actual and compensatory economic damages, as well as noneconomic damages, a post-verdict award of all awardable expenses of litigation, interest, and reasonable attorneys' fees as allowed by law. To the best of Plaintiff's ability, and pending further investigation, ascertainable damages to date include the following:

| | |
|---|---|
| Back Pay/Front Pay: | $175,000.00 |
| Lost Year Two Bonus: | $12,000.00 |
| Loss of Restricted Stock Units (RSUs): | $120,686.67 |
| General Damages: | $200,000.00+ |

Documents supporting the foregoing are in the possession of Defendant. Plaintiff reserves the right to supplement this response.

**D. Insurance Agreement Which May be Liable for Judgment**

Not applicable.

Dated this 18th day of March, 2021.    MIX SANDERS THOMPSON, PLLC

*s/Michael G. Sanders*
Michael G. Sanders, WSBA No. 33881
Brian (Heyun) Rho, WSBA No. 51209
Mix Sanders Thompson, PLLC
1420 5th Avenue, Ste. 2200
Seattle, WA 98101
Ph: (206) 521-5989
michael@mixsanders.com
brian@mixsanders.com
Attorneys for Plaintiff

PLAINTIFF'S FRCP 26(a)(1) INITIAL DISCLOSURES – 4

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

# CERTIFICATE OF SERVICE

I, Kelly Lee, hereby certify that on March 18, 2021 I caused to be served a true and correct copy of the foregoing DEFENDANTS' FRCP 26(a)(1) INITIAL DISCLOSURES via the method indicated below and addressed to the following:

Kevin Hamilton
Margo Jasukaitis
Perkins Coie, LLP
1201 3rd Avenue, Suite 4900
Seattle, WA 98101
**Attorney for Defendant**
☒E-mail: KHamilton@perkinscoie.com; MJasukaitis@perkinscoie.com
☒CM/ECF Service

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

s/Kelly Lee
Mix Sanders Thompson, PLLC
1420 Fifth Avenue, 22nd Floor
Seattle, WA  98101
Tel:     206-521-5989
Fax:    888-521-5980

PLAINTIFF'S FRCP 26(a)(1) INITIAL DISCLOSURES – 5

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980