# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| MICHAEL CHAVEZ, | No. 2:21-cv-00007-BJR |
| --- | --- |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND ISSUE AMENDED CASE SCHEDULING ORDER |
| AMAZON WEB SERVICES, INC., a Delaware Corporation, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulated Motion to Continue Trial Date and Issue Amended Case Scheduling Order. Dkt. No. 20. Finding good cause to extend the trial date and pre-trial deadlines that have not already passed, the Court GRANTS the motion and ORDERS as follows:

1. Discovery is to be completed by November 12, 2021.

2. All dispositive motions must be filed by January 6, 2022.

3. Motions in limine are due by May 2, 2022. Except upon a showing of good cause, motions in limine shall be filed as one motion. Motions in limine and oppositions thereto shall not exceed 15 pages. Any opposition to a motion in limine shall be filed no later than 14 days after a motion is filed. No reply in support of a motion in limine is authorized unless otherwise ordered by the Court.

    4.   The Joint Pretrial Statement is due by May 9, 2022.

    5.   The pretrial conference is set for May 23, 2022 at 10:30 a.m.

    6.   Trial is set for June 6, 2022.

Dated September 10, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge