# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware Corporation,<br><br>    Defendant. | No. 2:21-cv-00007 BJR<br><br>**NOTICE OF SETTLEMENT OF ALL CLAIMS** |

The undersigned counsel for the above-captioned parties, pursuant to Section V of the Court's March 6, 2020 Standing Order For All Civil Cases, hereby provides notice to the Court of their resolution of all claims hereunder via negotiated settlement. The parties respectfully request the trial date and all case related deadlines be stricken in anticipation of a forthcoming stipulation and proposed order for dismissal of the case.

The parties further warrant that they anticipate presenting the Court with a stipulated order for dismissal with prejudice and without taxation of costs within thirty (30) days of the date of this submission.

///

///

///

NOTICE OF SETTLEMENT
OF ALL CLAIMS – 1

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

Dated this 10th day of February 2022

          MIX SANDERS THOMPSON, PLLC

          <u>s/Michael G. Sanders</u>
Michael G. Sanders, WSBA #33881
MIX SANDERS THOMPSON, PLLC
1420 5th Avenue, Ste 2200
Seattle, WA 98101
Telephone: 206-521-5989
Facsimile: 206-521-5980
Email: michael@mixsanders.com
Email: brian@mixsanders.com

Attorneys for Plaintiff
*Michael Chavez*

Dated this 10th day of February 2022

          <u>s/Kevin J. Hamilton</u>
Kevin J. Hamilton, WSBA # 15648
Christian W. Marcelo, WSBA # 51193
Heath L. Hyatt, WSBA # 54141
Margo S. Jasukaitis, WSBA #57045
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
KHamilton@perkinscoie.com
CMarcelo@perkinscoie.com
HHyatt@perkinscoie.com
MJasukaitis@perkinscoie.com

Attorneys for Defendant
*Amazon Web Services, Inc.*

NOTICE OF SETTLEMENT
OF ALL CLAIMS  – 2

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980

# CERTIFICATE OF SERVICE

I, Kelly Lee, certify that on February 10, 2022, I electronically filed the foregoing NOTICE OF SETTLEMENT OF ALL CLAIMS with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

*Attorneys for Defendant*
Heath L. Hyatt
Kevin J. Hamilton
Margo S. Jasukaitis
Christian W. Marcelo
Perkins Coie LLP
1201 Third Ave, Ste 4900
Seattle, WA 98101-3099
☒CM/ECF electronic service
HHyatt@perkinscoie.com
KHamilton@perkinscoie.com
MJasukaitis@perkinscoie.com
cmarcelo@perkinscoie.com

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

 s/Kelly Lee 
Mix Sanders Thompson, PLLC
1420 Fifth Avenue, 22nd Floor
Seattle, WA 98101
Tel:    206-521-5989
Fax:    888-521-5980

NOTICE OF SETTLEMENT
OF ALL CLAIMS – 3

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980