**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MICHAEL CHAVEZ,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware Corporation,<br><br>Defendant. | No. 2:21-cv-00007 BJR<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL** |

The parties hereby stipulate that this action should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with no award of costs or fees to any party.

Dated this 15th day of March, 2022            Dated this 15th day of March, 2022


*s/Michael G. Sanders*
Michael G. Sanders, WSBA #33881
MIX SANDERS THOMPSON, PLLC
1420 5th Avenue, Ste 2200
Seattle, WA 98101
Telephone: 206-521-5989
Facsimile: 206-521-5980
Email: michael@mixsanders.com

Attorneys for Plaintiff
*Michael Chavez*

*s/Kevin J. Hamilton*
Kevin J. Hamilton, WSBA # 15648
Christian W. Marcelo, WSBA # 51193
Heath L. Hyatt, WSBA # 54141
Margo S. Jasukaitis, WSBA #57045
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
KHamilton@perkinscoie.com
CMarcelo@perkinscoie.com

STIPULATION AND ORDER FOR
VOLUNTARY DISMISSAL – 1

2:21-cv-00007 BJR

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980

HHyatt@perkinscoie.com
MJasukaitis@perkinscoie.com

Attorneys for Defendant
*Amazon Web Services, Inc.*

## ORDER

Based on the foregoing notice of voluntary dismissal, the above-entitled case now pending in the above-entitled Court is hereby dismissed with prejudice and without costs to any party.

**It is so Ordered.**

Date:  March 15, 2022.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Judge

Presented by:

| | |
|---|---|
| *s/Michael G. Sanders* | *s/Kevin J. Hamilton* |
| Michael G. Sanders, WSBA #33881 | Kevin J. Hamilton, WSBA # 15648 |
| MIX SANDERS THOMPSON, PLLC | Christian W. Marcelo, WSBA # 51193 |
| 1420 5th Avenue, Ste 2200 | Heath L. Hyatt, WSBA # 54141 |
| Seattle, WA 98101 | Margo S. Jasukaitis, WSBA #57045 |
| Telephone: 206-521-5989 | **Perkins Coie LLP** |
| Facsimile: 206-521-5980 | 1201 Third Avenue, Suite 4900 |
| Email: michael@mixsanders.com | Seattle, Washington 98101-3099 |
| | Telephone: 206.359.8000 |
| Attorneys for Plaintiff | Facsimile: 206.359.9000 |
| *Michael Chavez* | KHamilton@perkinscoie.com |
| | CMarcelo@perkinscoie.com |
| | HHyatt@perkinscoie.com |
| | MJasukaitis@perkinscoie.com |
| | |
| | Attorneys for Defendant |
| | *Amazon Web Services, Inc.* |

STIPULATION AND ORDER FOR
VOLUNTARY DISMISSAL – 2

2:21-cv-00007 BJR

**Mix Sanders Thompson, PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980